# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RANDY J. BAGNASCO & RHONDA J. BAGNASCO            Case Number: 07-72051
55 NORTH ASPEN DRIVE                SSN-xxx-xx-5077 & xxx-xx-4988
CORTLAND, IL  60112

Case filed on:   8/30/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | RANDY J. BAGNASCO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICIAS SERVICING COMPANY | 30,032.86 | 30,032.86 | 0.00 | 0.00 |
| 002 | AMERICIAS SERVICING COMPANY | 126,469.65 | 0.00 | 0.00 | 0.00 |
| 004 | DEKALB COUNTY COLLECTOR | 9,515.42 | 4,393.00 | 0.00 | 0.00 |
|  | Total Secured | 166,017.93 | 34,425.86 | 0.00 | 0.00 |
| 004 | DEKALB COUNTY COLLECTOR | 0.00 | 5,122.42 | 0.00 | 0.00 |
| 005 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 3,314.58 | 3,314.58 | 0.00 | 0.00 |
| 007 | ATTORNEY JAN B. GAINES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 60.67 | 60.67 | 0.00 | 0.00 |
| 010 | DEKALB COUNTY CIRCUIT COURT CIVIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DEKALB COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DEKALB COUNTY SHERIFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DISCOVER FIN. SVS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | IL DEPT OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR CREDIT INVESTIGATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | TOWN OF CORTLAND | 157.37 | 157.37 | 0.00 | 0.00 |
| 025 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WAL - MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WASTE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,532.62 | 8,655.04 | 0.00 | 0.00 |
|  | Grand Total: | 169,550.55 | 43,080.90 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan